UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| SHEILA M. HENDRICKSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:12-cv-68 |
| v. ) | |
| ) | Judge Mattice |
| RIVER PARK HOSPITAL, LLC, *et al.*, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (Doc. 21). The parties have advised the Court that they have settled this matter in its entirety, and have requested that the Court dismiss this action with prejudice. (*Id.*). Pursuant to the parties' representations, the Motion to Dismiss (Doc. 21) is hereby **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED** this 10th day of January, 2014.

        */s/ Harry S. Mattice, Jr.*
        HARRY S. MATTICE, JR.
        UNITED STATES DISTRICT JUDGE